ORDERED.

**Dated: February 20, 2024**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

Haiel Abed Suwaity, Case No. 8:19-bk-06321-CPM

Debtor. Chapter 7
_______________________________________/

Angela Welch, Chapter 7 Trustee of the bankruptcy estate of Haiel Abed Suwaity,

Plaintiff,

v. Adv. Pro. No. 8:21-ap-00224-CPM

Gary Kompothecras; Beth Kompothecras; Physicians Group, LLC, a Delaware limited liability company, successor-by-merger to Physicians Group of Sarasota, LLC, a Florida limited liability company; and SAK Irrevocable Trust Under Agreement Dated December 11, 2012 for the Benefit of Sarah Alice Kompothecras,

Defendants.
_______________________________________/

Storey Mountain, LLC,

Intervenor Plaintiff,

v.

Gary Kompothecras; Beth Kompothecras; Physicians Group, LLC, a Delaware limited liability company, successor-by-merger to Physicians Group of Sarasota, LLC, a Florida limited liability company; and SAK Irrevocable Trust Under Agreement Dated December 11, 2012 for the Benefit of Sarah Alice Kompothecras,

Intervenor Defendants.

_________________________________ /

**ORDER GRANTING JOINT MOTION TO CANCEL**
**THE FEBRUARY 21, 2024 SUMMARY JUDGMENT HEARING**

**THIS CAUSE** came before the Court for consideration without hearing on the *Joint Motion to Cancel the February 21, 2024 Summary Judgment Hearing* (Adv. Doc. 92) (the "Motion"). By submission of this order for entry, the submitting counsel represents that counsel for the Intervenor Plaintiff and Defendants consent to its entry. The Court, having reviewed the Motion, the case file, and being otherwise duly advised in the premises, finds that good cause exists to grant the Motion. Accordingly, it is,

**ORDERED** that:

1. The Motion is **GRANTED.**

2. The hearing on *Defendants' Amended Motion for Summary Judgment* (Doc. 76) scheduled for February 21, 2024 at 11:00 a.m. is hereby cancelled, to be reset only upon motion of the parties.

***

Attorney Lynn Welter Sherman is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.